**350**

tice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before: SCHROEDER, Chief Judge, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM *

Kamaljit Singh Thind, a native and citizen of India, petitions for review of the Board of Immigration Appeals's dismissal of his appeal from an immigration judge's denial of his applications for asylum and withholding of removal. The IJ's denial was predicated upon an adverse credibility determination, and the BIA affirmed those findings. We must affirm that decision unless the record compels a finding that the applicant was credible and is eligible for immigration benefits. *Malhi v. INS,* 336 F.3d 989, 993 (9th Cir.2003); *INS v. Elias–Zacarias,* 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

In this case, the IJ's adverse credibility determination is supported by material gaps and inconsistencies in the petitioner's testimony, including his lack of awareness of crucial events that characterized the movement for Khalistani independence (including elections), the insufficiency of his explanation for a long period of inactivity in the movement, his inability to identify a key leader of the movement, and his combined failure to vote and apparent inability to grasp the fact that the organization to which he purportedly belonged was dependent upon electoral achievements to attain its goals. Because the IJ and BIA's decisions are supported by substantial evidence, the petition for review is

DENIED.

COUNTY OF OKANOGAN; Early Winters Ditch Company; Lundgren Limited Family Partnership; Ron Vanderyacht; David C. Jones; Frances A. Kaul, Plaintiffs—Appellants,

v.

NATIONAL MARINE FISHERIES SERVICE; U.S. Fish and Wildlife Service; U.S. Forest Service; Harv Forsgren, Regional Forester; Sonny J. O'Neal, Supervisor Okanogan National Forest, Defendants—Appellees,

Washington Environmental Council, Washington Environmental Council, Okanogan Wilderness League, Center for Environmental Law and Policy, American Rivers, Trout Unlimited, and Defenders of Wildlife (for purposes of this case are collectively referred to as WEC); Okanogan Wilderness League; Center for Environmental Law and Policy; American Rivers; Trout Unlimited; Defenders of Wildlife, Defendant–Intervenors—Appellees.

No. 02–35512.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 2003.

DC No. CV 01–192 RHW E.D. Washington.

Robin L. Rivett, Esq., Anne M. Hayes, Esq., Sacramento, CA, Galen G. Schuler, Esq., Perkins Coie LLP, Seattle, WA,

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Russell C. Brooks, Esq., Pacific Legal Foundation, Bellevue, WA, for Plaintiffs–Appellants.

John T. Stahr, Attorney, Ellen J. Durkee, Esq., Andrew C. Mergen, Esq., DOJ–U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

John B. Arum, Esq., Ziontz Chestnut Varnell Berley & Slonim, Todd D. True, Esq., Earthjustice Legal Defense Fund, Seattle, WA, Defendants–intervenors–Appellees.

Before: REAVLEY,* TASHIMA, and PAEZ, Circuit Judges.

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

## ORDER

The memorandum filed August 14, 2003, is withdrawn and replaced by the authored opinion by Judge Reavley, filed concurrently with this order. The mandate shall issue forthwith.